# EXHIBIT B

# US 8,402,099 Claim chart
# vs
# Kohl's Live Chat

# U.S. Patent No. US 8,402,099

## US8402099B2
United States

📄 Download PDF    🔍 Find Prior Art    Σ Similar

**Inventor:** Philipp Freiherr Von Werther, Steffen Röder

**Current Assignee:** BRANDENBURG VENTURES GmbH, VON WERTHER PHILIPP FREIHERR

### Worldwide applications
2008 • WO EP US

### Application US12/675,046 events
- Priority claimed from DE102007040574
- 2008-08-21 • Application filed by Individual
- 2010-08-12 • Publication of US20100205543A1
- 2013-03-19 • Application granted
- 2013-03-19 • Publication of US8402099B2
- 2014-04-25 • Assigned to BRANDENBURG VENTURES GMBH, BRANDENBURG, KARLHEINZ, ROEDER, STEFFEN, VON WERTHER, PHILIPP FREIHERR
- **Status** • Active
- 2029-11-23 • Adjusted expiration

**12/675,046 is a National Stage Entry of PCT/EP08/60986 Filed: 08/21/2008 status: Published    Total patent Term Adjustments 459 days**

# Related Products

- The following chart is based on Kohl's Live Chat that can be found on Kohl's website. As of 2009 Kohl's was not using a chat platform.



https://www.kohls.com/faq/



https://web.archive.org/web/20260000000000*/https://www.kohls.com/faq/

3

# US 8,402,099 : Claim 1

1. A method for executing a multimedia communication, in particular at least one of a video, audio or text chat, between a totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP, wherein:

at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3) or in a peer-to-peer network, wherein, by setting up the virtual subscriber profile, the multimedia communication is established at each of the terminals:

via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type or a number of communication links to one of the terminals or the type of data transmission employed for the communication are freely defined;

the subscriber selection mode includes a random process for setting up a communication link between a selecting terminal of a first subscriber profile to at least another terminal of a random subscriber profile; and

the subscriber selection mode includes an activatable call procedure for establishing a communication link between the selecting terminal of the first subscriber profile and at least one other terminal of a subscriber profile stored in a selection list, wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool, which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers, and whereby the subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool.

# US 8,402,099 : Claim 1

1. A method for executing a multimedia communication, in particular at least one of a video, audio or **text chat**, between a **totality of terminals (2) arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP** or UDP, wherein:

Kohl's provides a method for executing a multimedia communication, for example, when a customer is in Kohl's website, a **Live Chat symbol located at the bottom right-hand corner** of the page can be clicked (thereby executing a multimedia communication) by the customer to start a Live Chat.

This Live Chat will include **two terminals**, a terminal with a customer, having the customers profile stored at Kohl's for example, "**Pete**" and another terminal with a "**Ken**", that will have a profile stored at Kohl's.
**The customer and Kohl's Agent can join the multimedia communication session within the Kohl's Live Chat on a network using TCP/IP or UDP network protocols.**





# US 8,402,099 : Claim 1

| | |
|---|---|
| 1. A **method for executing a multimedia communication, in particular at least one of a** video, audio or **text chat**, | Kohl's provides a method for executing a multimedia communication **Live chat**:  for example, a customer can request a **Live Chat session** with a Kohl's **Agent** after the customer executes the multimedia communication, by clicking on the "**Chat"** **symbol** found in the bottom right-hand corner of Kohl's web page.  The symbol "**Chat** " can be seen below and inside the **red dashed box**. |



# US 8,402,099 : Claim 1

| | |
|---|---|
| **between a totality of terminals (2)** | Once the customer clicks on the **Chat Now** symbol, a multimedia communication is executed between two terminals, one terminal with a **Kohl's Agent**, for example "**Ken**", in the **Blue Dashed box** below, who will have a profile stored at **Kohl's** and another terminal with a **customer, for example, "Pete" in the Blue solid box** below, who will have a customer profile stored at Kohl's. The '099 patent describes a terminal as "terminals in the form of computers, mobile PCs or so-called hand-held devices." |



https://www.kohls.com/faq/

7

# US 8,402,099 : Claim 1

| | |
|---|---|
| **arranged in a communication network (1), which communication is based on a network protocol, in particular at least one of TCP/IP or UDP,** wherein: | The Kohl's Agent, for example, Ken, is using a terminal to communicate with the customer Pete on Pete's terminal. In the **red dashed box** below, Ken is responding to Pete's question originating from Pete's terminal, and Ken replies from Ken's terminal, "**Hi Pete. My name is Ken. How can I assist you..**". Ken and Pete are both communicating over the internet using **TCP/IP network protocol**. In the **green dashed** box below, Kohl's says in their Live Chat, "**You are now connected**" This means Kohl's is connecting the Agent and customer by the TCP/IP protocol.<br>Web based definitions for TCP/IP or UDP claim: "The Internet protocol suite, commonly known as TCP/IP, is a framework for organizing the set of communication protocols used in the Internet and similar computer networks according to functional criteria. The foundational protocols in the suite are the Transmission Control Protocol (TCP), the User Datagram Protocol (UDP), and the Internet Protocol (IP)."<br>https://en.wikipedia.org/wiki/Internet_protocol_suite <br>https://www.kohls.com/faq/ |

# US 8,402,099 : Claim 1

**at least one subscriber generates a personalized user account in the form of a virtual subscriber profile on a server (3)** or in a peer-to-peer network, wherein**, by setting up the virtual subscriber profile**, **the multimedia communication is established at each of the terminals:**

Kohl's operates a web server to sell products and interact with customers using their chat feature. Kohl's has Customer Support Agent's, for example, Ken, says, **"Hi Pete. My name is Ken. How can I assist you.",** as can be seen in the **brown dashed box,** Ken will have a personalized user account at Kohl's and on Kohl's server. A multimedia communication is then established using the internet between **Kohl's Agent's terminal "Ken" on Ken's device and the** customer's terminal, **"Pete" on Pete's** device as shown in the **blue line.** This means Kohl's **Chat** wants you, "Pete" to **type a message** to "**Ken**" the Kohl's representative.

The '099 specification Col 6 Rows 34 - 41 describes the server in one embodiment as, "The server comprises means **for operating a web server,** corresponding programs for the functionalities described below and means for operating a database. If the arrangement is embodied as a peer-to-peer network, these functions are distributed in part or wholly over the computers involved in the network."



https://www.kohls.com/faq/

9

# US 8,402,099 : Claim 1

| | |
|---|---|
| **via the subscriber profile a mode of a subscriber selection preceding the communication, at least one of a communication type** or a number of communication links to one of the terminals or the type of data transmission employed for the communication **are freely defined;** | **Kohl's Live Chat** uses a communication, for example, **Live Chat** to allow a customer and a Kohl's Agent to communicate over the internet. Once the customer creates a user account or entering their personal information with their "**Email, First name, Last Name**" the customer then can communicate in Live Chat that is **freely defined** and **preceding the communication** (beginning of the Live Chat). |




https://www.kohls.com/faq/

10

# US 8,402,099 : Claim 1

| | |
|---|---|
| the subscriber selection mode includes a random process for setting up a communication link **between a selecting terminal of a first subscriber profile** to at least another terminal of a random subscriber profile; and | Kohl's uses a random process to set up a communication link between two users, for example, between "**Pete**" and "**Ken**" found in the **Blue solid box** and then between "**Pete**" and "**Sheldon.**" found in the **Blue dashed box**. This implies that the system is looking to link an agent with a customer (random). Two different random Agent's have responded within different times. **Ken and Sheldon,** to a first **subscriber profile "Pete"** stored in Pete's profile account within Kohl's server and can be found in the **dashed brown box below.** |




**https://www.kohls.com/faq/**

11

# US 8,402,099 : Claim 1

| | |
|---|---|
| the subscriber selection mode includes an activatable call procedure for establishing a communication link between **the selecting terminal of the first subscriber profile** and at least one other terminal of a subscriber profile stored in a selection list | Kohl's system puts the **customer "Pete" (Brown solid box below)** in a chat room with one of Kohl's Agent's, for example, Ken, " Hi Pete. My name is Ken. How can I assist you.." (Red dashed box below). Thus, establishing a communication link between "Ken " and **"Pete", so "Pete",** the customer can send a message, for example, **"Type a message" (Brown dashed box below)** to "Ken", one of Kohl's Agents, asking for support. |



https://www.kohls.com/faq/                    12

# US 8,402,099 : Claim 1

| | |
|---|---|
| **wherein these subscribers form a plurality of at least one of an open and a closed subscriber sub-pool, whereby all subscribers in the procedure form a total set referred to as a subscriber pool,** which subscriber pool may be subdivided into a number of the subscriber sub-pools, whereby all subscribers are classified by entries within their respective subscriber profiles and arbitrarily defined contacts to other subscribers, and whereby the subscriber classifications result in the number of sub-pools, which are formed as subsets of the larger subscriber pool. | Kohl's uses a random process to set up a communication link between two users (Subscribers)." **Please wait for an associate to connect", (solid blue box below**), this implies that Kohl's is trying to link a Kohl's agent (Subscriber) with a customer (Subscriber) out of **their pool of Agents (Subscriber) . The Agents (Subscriber) may also be split up into sub pools.**<br><br>The pool of Kohl's Agents (Subscriber) **may** also be grouped into sub pools defined by store location, or by the time of day. Some Agents(Subscriber) , for example, **may** form a morning sub pool and **may** only be available during the morning, and some Agents (Subscriber), for example, **may** form an afternoon or evening sub pool. A pool may be for example, "**Cancel Order, rewards, returns, order status**,"<br><br><br><br>https://www.kohls.com/faq/ |

13